THE STATE v. WRIGHT, Appellant.

Division Two, January 31, 1905.

NO BILL OF EXCEPTIONS: Affirmed on Record. Where defendant files no bill of exceptions there is nothing before the appellate court except the record proper, and if that is free from error the judgment will be affirmed.

Appeal from Pemiscot Circuit Court.—*Hon. Henry C. Riley,* Judge.

AFFIRMED.

*Edward C. Crow,* Attorney-General, and *Sam B. Jeffries,* Assistant Attorney-General, for the State.

This case should be affirmed on the record, defendant having failed to file his bill within the time allowed;

in fact, having failed absolutely to file a bill of exceptions.

GANTT, J.—At the June term, 1902, of the circuit court of Pemiscot county the prosecuting attorney of said county, L. L. Collins, Esq., filed his information, duly verified as the law requires, charging the defendant, Frank Wright, with murder in the first degree of George Barnett. The information being a sufficient charge of murder in the first degree, it is unnecessary to repeat it here.

On the eighteenth of June, 1902, defendant was arraigned on said information and pleaded not guilty. A jury was empannelled and the evidence heard, and on the twenty-second day of November, 1902, the jury returned a verdict of guilty of murder in the second degree. A motion for new trial was filed, heard and overruled, and the defendant duly sentenced pursuant to the verdict. An appeal was granted and ninety days given defendant to file his bill of exceptions, of which leave he never availed himself, and there is nothing before us but the record proper in which we find no error, and the judgment is accordingly affirmed.

All concur.